# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**ABIGAIL WHITE and JASON WHITE,**

    **Plaintiffs,**

**v.**                                           Case No: 8:13-cv-2846-MSS-TGW

**ALLIED INTERSTATE LLC,**

    **Defendant.**

## ORDER OF DISMISSAL WITH PREJUDICE

Upon consideration of the Parties' Stipulation for Dismissal with Prejudice, (Dkt. 51) and pursuant to Fed.R.Civ. P. 41, it is hereby

**ORDERED** that this case is **DISMISSED WITH PREJUDICE.** Each party shall bear its own attorneys' fees and costs associated with this matter. The **Clerk** is directed to terminate any pending motions, and this case shall remain **CLOSED**.

**DONE and ORDERED** at Tampa, Florida this 7th day of February, 2017.

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Any Unrepresented Party